# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                           Case No. 98-CR-81100

RONALD EUGENE DYSON,

      Defendant.
                                                /

## ORDER HOLDING MATTER IN ABEYANCE AND
## DIRECTING SUBMISSION OF AN UPDATED REPORT

This matter is before the court on the stipulation of the parties for a possible reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) for Defendant Ronald Eugene Dyson. Based upon the stipulation, the court has calculated that Defendant's earliest *possible* release date is not until November of 2016. The court has determined that it should address those cases involving defendants with earlier possible release dates before reaching defendants whose potential release dates are in 2010 or later. This determination is primarily based on considerations of judicial economy but will also allow the court to consider Defendant's future conduct when the matter is ready for review. Accordingly,

IT IS ORDERED that this matter is HELD IN ABEYANCE pending further order of the court. IT IS FURTHER ORDERED that the probation department is DIRECTED to prepare and submit an updated § 1.B1.10 Report on **March 1, 2013.**

                                                      s/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated: August 5, 2009

2

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 5, 2009, by electronic and/or ordinary mail.

                                                          s/Lisa Wagner
                                                         Case Manager and Deputy Clerk
                                                         (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\98-81100.DYSON.Abeyance.wpd

2